**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| E.G., A MINOR, BY AND THROUGH HIS PARENT, IDA GARRETT,<br><br>PLAINTIFF,<br><br>vs.<br><br>ELK GROVE UNIFIED SCHOOL DISTRICT,<br><br>DEFENDANT. | Case No.: 2:17-cv-00729<br><br>**ORDER SUBSTITUTING LOCAL COUNSEL** |

Having considered Plaintiff's Motion to Substitute Local Sponsoring Counsel, no opposition having been made and good cause appearing,

Plaintiff's Motion to Substitute Local Sponsoring Counsel is **GRANTED**.

Tania Whiteleather , a duly licensed attorney in the State of California, is hereby

ORDER SUBSTITUTING LOCAL COUNSEL - 1

substituted in place of Arthur Sloane as local counsel able to support and sponsor Plaintiff's Pro Hac Vice Counsel Angela M. Davidson in this matter.

IT IS SO ORDERED.

Dated: September 5, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE